IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF PETER & | § | No. 406, 2023 |
| PATRICIA KOSTYSHYN FOR | § | |
| EXTRAORDINARY WRITS | § | |
| | § | |
| | | |
| IN THE MATTER OF THE | § | |
| PETITION OF PETER & | § | No. 407, 2023 |
| PATRICIA KOSTYSHYN FOR | § | |
| EXTRAORDINARY WRITS | § | |
| | § | |

## **ORDER**

This 7th day of December 2023, it appears to the Court that on November 21, 2023, the Court entered an order directing the petitioners to pay the required filing fee by December 6, 2023, or these matters would be dismissed without further notice. The petitioners have not paid the filing fee as ordered; therefore, dismissal of these proceedings is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice